# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>**GARY D. REESER**<br>**AKA GARY D. REESER, JR.**<br>**AKA GARY DAVID REESER, JR.**<br>**AKA GARY REESER**<br><br>**DEBTOR** | **BANKRUPTCY NO. 18-15841**<br><br>**CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, Shawn J. Lau, Esquire of Lau & Associates, P.C., hereby certifies that true and correct copies of the Debtor's proposed Chapter 13 Plan in the above-captioned matter were served via United States First Class Mail, postage prepaid, on this 20th day of September 2018 upon the parties on the below.

```
Apex Asset Management
2501 Oregon Pike Ste 120
Lancaster, PA  17601-4890


AR Resources INC
PO Box 1056
Blue Bell, PA  19422-0287


Capital One Bank USA N
10700 Capitol One Way
Glen Allen, VA  23060-9243


Chester Co DRS
117 W Gay St
West Chester, PA  19380-2932


Childrens Surg Ctr of Malve
596 Lancaster Ave # 300
Malvern, PA  19355-1808


Choice Revovery Inc
PO Box 20790
Columbus, OH  43220-0790


Citadel Federal Credit Unio
520 Eagleview Blvd
Exton, PA  19341-1119
```

```
Comcast Cable
PO Box 3001
Southeastern, PA   19398-3001


Cordell Practice Management
c/o Cordell & Cordell
1601 Market St Ste 2230
Philadelphia, PA   19103-2325


Credit One Bank
PO Box 98872
Las Vegas, NV   89193-8872


Credit Protection Association
13355 Noel Rd Ste 2100
Dallas, TX   75240-6837


Enhanced Recovery Company LLC
PO Box 57547
Jacksonville, FL   32241-7547


Family Practice Assoc of Exton
770 W Lincoln Hwy
Exton, PA   19341-2547


Hon. David E. Glass, MDJ
321 N Furnace St Ste 180
Birdsboro, PA   19508-2097
```

```
Jenna Reeser
397 Rock Raymond Rd
Downingtown, PA   19335-1462


KML Law Group, P.C.
BNY Mellon Indepence Center
701 Market St Ste 5000
Philadelphia, PA   19106-1541


Kris Seace 1546
Mallard Ln
Chester Springs, PA   19425-1508


Lending Club Corporation
71 Stevenson St Ste 300
San Francisco, CA   94105-2985


LVNV Funding, LL
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC   29602-1269


Midland Funding LLC
2365 Northside Dr Ste 300
San Diego, CA   92108-2709


Midland Funding LLC
c/o Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ   07054-5020
```

```
PA Child Support Enforce
PO Box 2748
West Chester, PA   19380-0991


Pacific Union Financial, LLC
1603 Lyndon B Johnson Fwy Ste 500
Farmers Branch, TX   75234-6071


PECO
PO Box 37629
Philadelphia, PA   19101-0629


Service Electric of Birdsboro
PO Box 8
Birdsboro, PA   19508-0008


The Bank of Missouri/Milstone
PO Box 4499
Beaverton, OR   97076-4499


Transworld Systems
PO Box 15095
Wilmington, DE   19850-5095


Trident Asset Management
PO Box 888424
Atlanta, GA   30356-0424
```

```
Verizon Wireless
PO Box 26055
 Minneapolis, MN        55426-0055
```

**LAU & ASSOCIATES, P.C.**

***/s/ Shawn J. Lau*** 
Shawn J. Lau, Esquire
Attorney for Debtor
**4228** St. Lawrence Avenue
Reading, PA  19606
610-370-2000 phone
shawn_lau@msn.com