# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary D. Reeser<br>aka Gary D. Reeser, Jr.<br>aka Gary David Reeser, Jr.<br>aka Gary Reeser<br><br><br>Debtor | CHAPTER 13<br><br>BKY. NO. 18-15841 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL, LLC and index same on the master mailing list.

     Respectfully submitted,
     **/s/Kevin G. McDonald, Esq.**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322