United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-15841-ref
Gary D. Reeser                                                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                    Page 1 of 2                    Date Rcvd: Oct 17, 2018
                              Form ID: 309I                 Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
```
db              Gary D. Reeser,    1514 Green Hills Road,    Birdsboro, PA  19508-8385
tr             +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14191718        AR Resources INC,    PO Box 1056,    Blue Bell, PA19422-0287
14191717        Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA17601-4890
14191720        Chester Co DRS,    117 W Gay St,    West Chester, PA 19380-2932
14199474        Chester Co DRS,    117 W Gay St,    West Chester, PA19380-2932
14191721        Childrens Surg Ctr of Malve,    596 Lancaster Ave # 300,    Malvern, PA 19355-1808
14199475        Childrens Surg Ctr of Malve,    596 Lancaster Ave # 300,    Malvern, PA19355-1808
14191724        Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
14199478        Comcast Cable,    PO Box 3001,    Southeastern, PA19398-3001
14191725        Cordell Practice Management,     c/o Cordell & Cordell,    1601 Market St Ste 2230,
                 Philadelphia, PA 19103-2325
14199479        Cordell Practice Management,     c/o Cordell & Cordell,    1601 Market St Ste 2230,
                 Philadelphia, PA19103-2325
14191729        Family Practice Assoc of Exton,    770 W Lincoln Hwy,    Exton, PA 19341-2547
14199483        Family Practice Assoc of Exton,    770 W Lincoln Hwy,    Exton, PA19341-2547
14191730        Hon. David E. Glass, MDJ,    321 N Furnace St Ste 180,    Birdsboro, PA 19508-2097
14199484        Hon. David E. Glass, MDJ,    321 N Furnace St Ste 180,    Birdsboro, PA19508-2097
14191731        Jenna Reeser,    397 Rock Raymond,    Rd Downingtown, PA 19335-1462
14199485        Jenna Reeser,    397 Rock Raymond Rd,    Downingtown, PA19335-1462
14191732        KML Law Group, P.C.,    BNY Mellon Indepence Center,    701 Market St Ste 5000,
                 Philadelphia, PA 19106-1541
14199486       +KML Law Group, P.C.,    BNY Mellon Indepence Center 701,    Market St Ste 5000,
                 Philadelphia, PA 19139-3504
14191733        Kris Seace,    1546 Mallard Ln,    Chester Springs, PA 19425-1508
14199487        Kris Seace,    1546 Mallard Ln,    Chester Springs, PA19425-1508
14199489       +LVNV Funding, LL,    c/o Resurgent Capital Services PO Box 12,    Greenville, SC 29602-0012
14191737        Midland Funding LLC,    c/o Pressler, Felt & Warshaw, LLP,    7 Entin Rd,
                 Parsippany, NJ 07054-5020
14199491        Midland Funding LLC,    c/o Pressler, Felt & Warshaw, LLP,    7 Entin Rd,
                 Parsippany, NJ07054-5020
14191738        PA Child Support Enforce,    PO Box 2748,    West Chester, PA 19380-0991
14199492        PA Child Support Enforce,    PO Box 2748,    West Chester, PA19380-0991
14191740        PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
14199494        PECO,    PO Box 37629,    Philadelphia, PA19101-0629
14191741        Service Electric of Birdsboro,    PO Box 8,    Birdsboro, PA 19508-0008
14199495        Service Electric of Birdsboro,    PO Box 8,    Birdsboro, PA19508-0008
14191742        The Bank of Missouri/Milstone,    PO Box 4499,    Beaverton, OR 97076-4499
14199496        The Bank of Missouri/Milstone,    PO Box 4499,    Beaverton, OR97076-4499
14199497        Transworld Systems,    PO Box 15095,    Wilmington, DE19850-5095
14191743        Transworld Systems PO Box 15095,    Wilmington, DE 19850-5095
14191744        Trident Asset Management,    PO Box 888424,    Atlanta, GA 30356-0424
14199498        Trident Asset Management,    PO Box 888424,    Atlanta, GA30356-0424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: shawn_lau@msn.com Oct 18 2018 02:45:51      SHAWN J. LAU,    Lau & Associates,
                 4228 St. Lawrence Avenue,    Reading, PA 19606
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2018 02:46:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2018 02:46:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 18 2018 02:46:34      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14209432        EDI: CAPITALONE.COM Oct 18 2018 06:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14191719        EDI: CAPITALONE.COM Oct 18 2018 06:38:00      Capital One Bank USA N,    10700 Capitol One Way,
                 Glen Allen, VA23060-9243
14191723        E-mail/Text: bankruptcycollections@citadelbanking.com Oct 18 2018 02:47:12
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,    Exton, PA 19341-1119
14199477        E-mail/Text: bankruptcycollections@citadelbanking.com Oct 18 2018 02:47:12
                 Citadel Federal Credit Unio,    520 Eagleview Blvd,    Exton, PA19341-1119
14191726        EDI: RCSFNBMARIN.COM Oct 18 2018 06:38:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
14199480        EDI: RCSFNBMARIN.COM Oct 18 2018 06:38:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV89193-8872
```

```
District/off: 0313-4          User: Lisa                Page 2 of 2                  Date Rcvd: Oct 17, 2018
                              Form ID: 309I             Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14191727       EDI: CREDPROT.COM Oct 18 2018 06:38:00      Credit Protection Association,
                 13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14199481       EDI: CREDPROT.COM Oct 18 2018 06:38:00      Credit Protection Association,
                 13355 Noel Rd Ste 2100,    Dallas, TX75240-6837
14191728       E-mail/Text: bknotice@ercbpo.com Oct 18 2018 02:46:38      Enhanced Recovery Company LLC,
                 PO Box 57547,    Jacksonville, FL 32241-7547
14199482       E-mail/Text: bknotice@ercbpo.com Oct 18 2018 02:46:39      Enhanced Recovery Company LLC,
                 PO Box 57547,    Jacksonville, FL32241-7547
14191735       EDI: RESURGENT.COM Oct 18 2018 06:38:00      LVNV Funding, LL,   c/o Resurgent Capital Services,
                 PO Box 1269,    Greenville, SC 29602-1269
14213800       EDI: RESURGENT.COM Oct 18 2018 06:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14191734       E-mail/Text: bk@lendingclub.com Oct 18 2018 02:47:11      Lending Club Corporation,
                 71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14199488       E-mail/Text: bk@lendingclub.com Oct 18 2018 02:47:11      Lending Club Corporation,
                 71 Stevenson St Ste 300,    San Francisco, CA94105-2985
14199490       EDI: MID8.COM Oct 18 2018 06:38:00      Midland Funding LLC,   2365 Northside Dr Ste 300,
                 San Diego, CA92108-2709
14191736       EDI: MID8.COM Oct 18 2018 06:38:00      Midland Funding LLC,   2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
14191739       E-mail/Text: bankruptcy@loanpacific.com Oct 18 2018 02:47:19      Pacific Union Financial, LLC,
                 1603 Lyndon B Johnson Fwy Ste 500,    Farmers Branch, TX 75234-6071
14199493       E-mail/Text: bankruptcy@loanpacific.com Oct 18 2018 02:47:19      Pacific Union Financial, LLC,
                 1603 Lyndon B Johnson Fwy Ste 500 Farmer,    Branch, TX75234-6071
14191745       EDI: VERIZONCOMB.COM Oct 18 2018 06:38:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN 55426-0055
14199499       EDI: VERIZONCOMB.COM Oct 18 2018 06:38:00      Verizon Wireless,   PO Box 26055,
                 Minneapolis, MN55426-0055
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +WILLIAM MILLER*R,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                  Reading, PA 19606-2265
14199472*       AR Resources INC,    PO Box 1056,    Blue Bell, PA19422-0287
14199471*       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA17601-4890
14199473*       Capital One Bank USA,    N 10700 Capitol One Way,    Glen Allen, VA23060-9243
14191722       ##Choice Revovery Inc,    PO Box 20790,    Columbus, OH 43220-0790
14199476       ##Choice Revovery Inc,    PO Box 20790,    Columbus, OH43220-0790
                                                                               TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Debtor Gary D. Reeser shawn_lau@msn.com,    g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 5
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Gary D. Reeser** | | Social Security number or ITIN | **xxx–xx–8344** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | Date case filed for chapter 13 | 9/5/18 |
| Case number: | 18–15841–ref | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                                                                12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Gary D. Reeser | | |
| 2. | **All other names used in the last 8 years** | aka Gary D. Reeser Jr., aka Gary David Reeser Jr., aka Gary Reeser | | |
| 3. | **Address** | 1514 Green Hills Road<br>Birdsboro, PA 19508–8385 | | |
| 4. | **Debtor's attorney**<br>Name and address | SHAWN J. LAU<br>Lau & Associates<br>4228 St. Lawrence Avenue<br>Reading, PA 19606 | | Contact phone (610) 370–2000<br><br>Email:  shawn_lau@msn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | | Contact phone 610–779–1313<br><br>Email:  ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 10/17/18 |

**For more information, see page 2**

---

Official Form 309I                                                **Notice of Chapter 13 Bankruptcy Case**                                                page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 13, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/14/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/4/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $700.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/20/18** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |