# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary D. Reeser aka Gary D. Reeser, Jr. aka Gary David Reeser, Jr. aka Gary Reeser<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs. | NO. 18-15841 REF |
| Gary D. Reeser aka Gary D. Reeser, Jr. aka Gary David Reeser, Jr. aka Gary Reeser<br>　　　　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, which was filed with the Court on or about **December 13, 2019, Docket number 22**.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

March 18, 2019