**Lau & Associates, P.C.**
**Shawn J. Lau, Esq. ID No. 56071**
**4228 St. Lawrence Avenue**
**Reading, PA 19606**
**610-370-2000 Phone**
**610-370-0700 Fax**
**Shawn_lau@msn.com**
**Attorney for Debtor**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>GARY D. REESER<br>aka GARY D. REESER, JR., aka GARY DAVID REESER, JR., aka GARY REESER<br>　　　　　　DEBTOR | BANKRUPTCY NO. 18-15841<br><br>CHAPTER NO. 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Shawn J. Lau, Esquire of Lau & Associates, P.C., do hereby certify that I served a true and correct copy of the Notice and Application for Compensation and Reimbursement of Expenses, and Order via electronic means and/or first class mail on this 18th day of April, 2019 upon the following parties:

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Reading, PA 19606

US Trustee
Office of the US Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Pacific Union Financial, LLC
c/o Kevin G. McDonald
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Nationstar Mortgage LLC D/B/A/ Mr. Cooper
Kevin S. Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

Nationstar Mortgage LLV D/B/A Mr. Cooper
Kevin G. McDonald
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Gary D. Reeser
1514 Green Hills Road
Birdsboro, PA 19508

In addition, a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served on the attached list via first class mail, postage prepaid on this 18th day of April, 2019:

    Apex Asset Management
    2501 Oregon Pike Ste 120
    Lancaster, PA    17601-4890

    AR Resources INC
    PO Box 1056
    Blue Bell, PA    19422-0287

    Capital One Bank USA
    N 10700 Capitol One Way
    Glen Allen, VA    23060-9243

    Chester Co DRS
    117 W Gay St
    West Chester, PA    19380-2932

    Childrens Surg Ctr of Malve
    596 Lancaster Ave # 300
    Malvern, PA    19355-1808

    Choice Recovery Inc
    PO Box 20790
    Columbus, OH    43220-0790

    Citadel Federal Credit Union
    520 Eagleview Blvd
    Exton, PA    19341-1119

    Comcast Cable
    PO Box 3001
    Southeastern, PA    19398-3001

    Cordell Practice Management
    1601 Market St Ste 2230
    Philadelphia, PA    19103-2325

Credit One Bank
PO Box 98872
Las Vegas, NV        89193-8872

Credit Protection Association
13355 Noel Rd Ste 2100
Dallas, TX        75240-6837

Enhanced Recovery Company LLC
PO Box 57547
Jacksonville, FL        32241-7547

Family Practice Assoc of Exton
770 W Lincoln Hwy
Exton, PA        19341-2547

Hon. David E. Glass, MDJ
321 N Furnace St Ste 180 Birdsboro,
PA        19508-2097

Jenna Reeser
397 Rock Raymond Rd
Downingtown, PA        19335-1462

Kris Seace
1546 Mallard Ln
Chester Springs, PA        19425-1508

Lending Club Corporation
71 Stevenson St Ste 300
San Francisco, CA        94105-2985

LVNV Funding, LL
c/o Resurgent Capital Services
PO Box 1269
Greenville, SC        29602-1269

Midland Funding LLC
2365 Northside Dr Ste 300
San Diego, CA        92108-2709

Midland Funding LLC
c/o Pressler, Felt & Warshaw, LLP
7 Entin Rd
Parsippany, NJ        07054-5020

PA Child Support Enforce
PO Box 2748
West Chester, PA        19380-0991

PECO
PO Box 37629
Philadelphia, PA          19101-0629

Service Electric of Birdsboro
PO Box 8
Birdsboro, PA          19508-0008

The Bank of Missouri/Milstone
PO Box 4499
Beaverton, OR          97076-4499

Transworld Systems
PO Box 15095
Wilmington, DE          19850-5095

Trident Asset Management
PO Box 888424
Atlanta, GA          30356-0424

Verizon Wireless
PO Box 26055
Minneapolis, MN          55426-0055

                                                                       Lau & Associates, P.C.
**/s/ Shawn J. Lau, Esquire**
Shawn J. Lau, Esquire