**Lau & Associates, P.C.**
**Shawn J. Lau, Esq. ID No. 56071**
**4228 St. Lawrence Avenue**
**Reading, PA 19606**
**610-370-2000 Phone**
**610-370-0700 Fax**
**Shawn_lau@msn.com**
**Attorney for Debtor**

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>GARY D. REESER<br>aka GARY D. REESER, JR., aka GARY DAVID REESER, JR., aka GARY REESER<br>DEBTOR | BANKRUPTCY NO. 18-15841<br><br>CHAPTER NO. 13 |
|---|---|

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtors does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on April 18, 2019.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Application for Compensation and Reimbursement of Expenses.

Dated: May 13, 2019

LAU & ASSOCIATES, P.C.
By: /s/ Shawn J. Lau
Shawn J. Lau, Esquire
Lau & Associates P.C.
4228 St. Lawrence Ave.
Reading, PA 19606
(610) 370 – 2000 Phone