**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GARY D. REESER<br>aka GARY D. REESER, JR., aka GARY<br>DAVID REESER, JR., aka GARY<br>REESER<br>                   **DEBTOR** | BANKRUPTCY NO. 18-15841<br><br>CHAPTER NO. 13 |

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtor, Gary D. Reeser aka Gary D. Reeser, Jr. aka Gary David Reeser, Jr., aka Gary Reeser, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $4,927.50 in compensation of legal fees and $354.30 in reimbursement of actual necessary expenses from September 5, 2018 through and including April 17, 2019.

BY THE COURT:

**Date: May 14, 2019**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge